1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

HEATHER DERENSKI,                          CASE NO. C23-0676JLR

11                              Plaintiff,        ORDER

12                  v.

13      USAA GENERAL INDEMNITY
        COMPANY,

14
                                Defendant.

15

16      Before the court is the parties' stipulated motion to continue the trial date and

17 certain unexpired pretrial deadlines in this matter.  (Stip. Mot. (Dkt. # 20).)  The parties

18 ask the court to continue the trial from its current scheduled date of October 7, 2024, to

19 January 6, 2025.  (*Id.* at 1.)  The parties seek a continuance because, although they "have

20 been working cooperatively to complete written discovery," they "need additional time to

21 gather documentary evidence prior to scheduling depositions and issuing expert

22 opinions."  (*Id.*)

ORDER - 1

1    The court issues scheduling orders setting trial and related dates to provide a

2  reasonable schedule for the resolution of disputes.  Pursuant to Federal Rule of Civil

3  Procedure 16(b)(4), "[a] schedule may be modified only for good cause and with the

4  judge's consent."  Fed. R. Civ. P. 16(b)(4).  The scheduling order in this case expressly

5  states that "failure to complete discovery within the time allowed is not recognized as

6  good cause."  (7/10/23 Min. Order (Dkt. # 15) at 2.)  Nevertheless, the court will modify

7  the schedule in light of the parties' cooperation, agreement, and the lack of prior

8  continuances in this matter.[1]

9    The court GRANTS the parties' stipulated motion for a continuance (Dkt. # 20),

10  resets the parties' jury trial to January 20, 2025 (the court's next available trial date), and

11  rests all pretrial deadlines after and including the expert disclosures deadline.  Because

12  the parties did not seek a continuance of the unexpired deadline for amending pleadings

13  (*see generally* Stip. Mot.), that deadline shall remain April 10, 2024 (*see* 7/10/23 Min.

14  Order at 1).  The court DIRECTS the Clerk to issue a revised case schedule that resets

15  these pretrial deadlines based on the new trial date and this order.

16    Dated this 14th day of March, 2024.

17    _____

18    JAMES L. ROBART
      United States District Judge

19

20

21

22  [1]  The parties are advised that the court will not grant future trial continuances based on discovery needs.