UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER DERENSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:23-cv-00676-JLR<br><br>[PROPOSED] AMENDED ORDER GRANTING STIPULATED MOTION TO CONTINUE SELECT CASE SCHEDULE DEADLINES |

The parties jointly request the below modifications to the case schedule to allow additional time to conduct discovery and present expert reports pursuant to their Stipulated Motion to Continue Select Case Deadlines and the court's order denying the same without prejudice. *DKT 23-24.*

The Court having reviewed the parties' revised and original stipulated motion to continue select case schedule deadlines finds there is good cause for the continuance. The Court will amend the trial and case schedule as follows:

[PROPOSED] AMENDED ORDER GRANTING STIPULATED MOTION TO CONTINUE SELECT CASE SCHEDULE DEADLINES – 1
CAUSE NO. 2:23-CV-00676-JLR

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

| Event | Current Date | Proposed Date |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) – NEW DATE: | August 26, 2024 | October 11, 2024 |
| All rebuttal testimony – NEW DATE: | August 26, 2024 | October 11, 2024 |
| Discovery completed by – NEW DATE: | September 23, 2024 | October 25, 2024 |
| ~~and~~ All motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | October 23, 2024 | November 1, 2024 |
| All dispositive motions shall be filed by | October 23, 2024 | November 1, 2024 |
| Date to Note Dispositive Motions and Motions Challenging expert testimony | November 20, 2024 | November 20, 2024 |
| Trial Date | January 21, 2025 | January 21, 2025 |

The Briefing Schedule for **Dispositive Motions** shall be shortened to meet the current noting deadline of November 20, 2024. *DKT 24 Pg. 3.*

| Motion | Opposition | Reply |
|---|---|---|
| November 1, 2024 | Thursday, November 14, 2024 | Wednesday, November 20, 2024 |

The Briefing Schedule for Motions to Exclude is:

| Motion | Opposition | Reply |
|---|---|---|
| November 1, 2024 | Thursday, November 14, 2024 | Wednesday, November 20, 2024 |

[PROPOSED] AMENDED ORDER GRANTING STIPULATED MOTION TO CONTINUE SELECT CASE SCHEDULE DEADLINES – 2
CAUSE NO. 2:23-CV-00676-JLR

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1   IT IS SO ORDERED.

2   DATED this 3rd day of September, 2024.

_____
Judge James L. Robart

[PROPOSED] AMENDED ORDER GRANTING STIPULATED MOTION TO
CONTINUE SELECT CASE SCHEDULE DEADLINES – 3
CAUSE NO. 2:23-CV-00676-JLR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1  Presented by:

2  EMBER LAW PLLC

3

   _s/Leah S. Snyder_
4  Leah S. Snyder, WSBA #44384
   Chance Yager, WSBA #54486
5  1700 Seventh Ave., Suite 2100
   Seattle, WA  98101
6  Email: leah@emberlaw.com
              chance@emberlaw.com
7  *Attorneys for Plaintiff*

8

9  FORSBERG & UMLAUF, P.S.

10

    _s/Kara Treadeway (with authorization)_
11  Kimberly A. Reppart, WSBA #30643
    Kara A. Tredway, WSBA #44984
12  901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
13  Email:  kreppart@foum.law
    Email:  ktredway@foum.law
14  *Attorneys for Defendant*

15

16

17

18

19

20

21

22

23

[PROPOSED] AMENDED ORDER GRANTING STIPULATED MOTION TO CONTINUE SELECT CASE SCHEDULE DEADLINES – 4
CAUSE NO. 2:23-CV-00676-JLR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX