UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER DERENSKI, | CASE NO. C23-0676JLR |
| Plaintiff, | ORDER |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

The court's scheduling order requires the parties to submit deposition designations in hardcopy by no later than December 31, 2024. (Sched. Order (Dkt. # 22) at 2.) Although the parties timely filed their deposition designations on the electronic docket (*see* Designations (Dkt. # 63)), they have not submitted hardcopies to the court. Accordingly, the court ORDERS the parties to provide the court with hardcopies of their deposition designations by no later than **January 3, 2025, at 4:00 p.m**. The court gives the parties notice that it may not have its rulings on objections to deposition designations

ORDER - 1

prepared before the January 6, 2025 pretrial conference due to the late submission of hardcopies.

Dated this 2nd day of January, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2