UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER DERENSKI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> USAA GENERAL INDEMNITY COMPANY, a foreign corporation, <br><br> Defendant. | NO. 2:23-cv-00676-JLR <br><br> [PROPOSED] STIPULATED MOTION AND AGREED ORDER FOR USE OF PERPETUATION TESTIMONY OF CRAIG EVEZICH |

The parties stipulate that Mr. Craig Evezich was unavailable to testify in person and to the use of the video perpetuation testimony at trial pursuant to Fed. Civ. Rule 32(a)(4). The parties request the court's ruling on the parties objections during the perpetuation testimony. The deposition transcript is attached herewith.

| | |
|---|---|
| Forsberg & Umlauf, P.S. <br><br> S/Kimberly A. Reppart [with authorization] <br> Kara A. Tredway <br> 901 Fifth Ave, Suite 1400 <br> Seattle, WA 98164 <br> P. (206) 689-8500 <br> kreppart@foum.law <br> ktredway@foum.law | EMBER LAW PLLC <br><br> S/Leah S. Snyder <br> Leah S. Snyder, WSBA No. 44384 <br> Chance B. Yager, WSBA No. 54486 <br> 1700 Seventh Avenue, Suite 2100 <br> Seattle, WA 98101 <br> P. (206) 899-6816 <br> F. (206) 858-8182 <br> leah@emberlaw.com <br> Attorney for Plaintiff |

---

[PROPOSED] STIPULATED MOTION AND AGREED ORDER FOR USE OF PERPETUATION TESTIMONY OF CRAIG EVEZICH
Pg. – 1

EMBER LAW PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182

1  DKM Law Group

2  *S/Leah S. Snyder*
   Joshua N. Kastan
3  Ryan J. Marrow
   1700 7th Ave., Ste. 2100
4  Seattle, WA 98101
   JNK@dkmlawgroup.com
5  RJM@dkmlawgroup.com

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED that the video perpetuation

8  deposition of Craig Ev<u>e</u>zich may be played for the jury during trial.

   The court makes the following decisions on the parties objections on pages 9, 10, and 12:
9
   Pg 9: Sustained  _X_  Overruled __
10
   Pg 10: Sustained __ Overruled  _X_
11
   Pg 12:  Sustained __ Overruled  _X_

12  Plaintiff is required to revise the video to omit responses where the objections have been

13  sustained.

   DATED: January 20th, 2025
14

15                                    _____
                                      James L. Robart
16                                    United States District Court Judge

17

18

19

20

21

22

23

**[PROPOSED]** **STIPULATED MOTION AND AGREED ORDER FOR USE OF PERPETUTATION TESTIMONY OF CRAIG EV<u>E</u>ZICH**
Pg. – 2

EMBER LAW *PLLC*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182